IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-914-GMS |
| | ) | |
| FRESENIUS KABI USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 22, 2015, the following document was served on the persons listed below in the manner indicated:

1. Defendant Fresenius Kabi USA, LLC's Responses to Plaintiff Cubist Pharmaceuticals, Inc.'s First Set of Requests for Admission (Nos. 1-304)

**BY E-MAIL**

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

Nancy L. Schroeder
WILMER CUTLER PICKERING HALE AND
 DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300
nancy.schroeder@wilmerhale.com

William Lee
Lisa J. Pirozzolo
Emily R. Whelan
Sean K. Thompson
Ryan M. Muir, Ph.D.
Stephanie Neely
WILMER CUTLER PICKERING HALE AND
 DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com
sean.thompson@wilmerhale.com
ryan.muir@wilmerhale.com
stephanie.neely@wilmerhale.com

2

| | |
|---|---|
| OF COUNSEL: | */s/ Jeffrey T. Castellano* |
| Elizabeth J. Holland | Karen E. Keller (No. 4489) |
| Robert V. Cerwinski | Jeffrey T. Castellano (No. 4837) |
| Daniel P. Margolis | SHAW KELLER LLP |
| Linnea P. Cipriano | 300 Delaware Avenue, Suite 1120 |
| Aviv Zalcenstein | Wilmington, DE 19801 |
| GOODWIN PROCTER LLP | (302) 298-0700 |
| The New York Times Building | kkeller@shawkeller.com |
| 620 Eighth Avenue | jcastellano@shawkeller.com |
| New York, NY 10018 | *Attorneys for Defendant* |
| (212) 813-8800 | |

Dated: June 22, 2015